

# Fourth Court of Appeals
## San Antonio, Texas

October 26, 2020

No. 04-20-00441-CV

**IN THE INTEREST OF D.F.S., C.S.S., AND C.R.S., CHILDREN,**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-02723
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

Appellant's brief was originally due on October 26, 2020. On October 25, 2020, appellant filed a motion for extension of time requesting an additional twenty days to file the brief.

We GRANT the motion and order appellant's counsel, Mr. John F. Davis, to file appellant's brief **no later than November 16, 2020**.

This is an accelerated appeal of an order in a suit for termination of the parent-child relationship that must be disposed of by this court within 180 days of the date the notice of appeal was filed in the trial court. *See* TEX. R. JUD. ADMIN. 6.2. Counsel is advised that no further extensions of time will be granted absent a motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of October, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court